CITY OF PRESTONSBURG, Appellant,

v.

Donnie BURKE et al., Appellees.

Court of Appeals of Kentucky.

Oct. 11, 1974.

Rehearing Denied Nov. 29, 1974.

Appeal from Floyd Circuit Court; Hollie Conley, Judge.

D. B. Kazee, Francis & Kazee, Prestonsburg, for appellant.

G. C. Perry, III, Paintsville, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

Joyce Mae BREWER

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Jefferson Circuit Court; George H. Kunzman, Judge.

Matthew B. Quinn, Jr., Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS

v.

Leslie WILLIS, widower.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Adair Circuit Court; James C. Carter, Jr., Judge.

James D. Robinson, Acting General Counsel, Dept. of Highways, Frankfort, Phillip K. Wicker, Harris & Wicker, Somerset, for appellant.

Earl Huddleston, Columbia, for appellee.

Memorandum Opinion of the Court by Justice REED, Reversing.*

Jerome COVINGTON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Jefferson Circuit Court, Criminal Branch, 3rd Division; George H. Kunzman, Judge.

Jerome Covington, pro se.

Ed W. Hancock, Atty. Gen., Robert W. Riley, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Dismissing Appeal.*

* Opinion ordered not to be published.